**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 14, 2006
Decided April 19, 2006

Before

**Hon.** RICHARD A. POSNER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** DIANE P. WOOD, Circuit Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee*,<br><br>**No.** 05-4095     **v.**<br><br>MARIO SALGADO,<br>*Defendant-Appellant*. | | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 05 CR 139<br>Milton I. Shadur, *Judge*. |

**Order**

The principal issue presented by this appeal has been resolved recently by *United States v. Martinez-Martinez*, No. 05-2713 (7th Cir. Mar. 23, 2006), and *United States v. Galicia-Cardenas*, No. 05-3093 (7th Cir. Mar. 24, 2006). The defendant's double-counting argument is incompatible with *United States v. Jiminez*, 897 F.2d 286 (7th Cir. 1990). On the authority of those decisions, the judgment is affirmed.